*Messrs. Robert T. McCracken, Leo Weinrott* and *C. Russell Phillips* for petitioner. *Solicitor General McGrath, Assistant Attorney General Berge* and *Mr. W. T. Kelley* for respondent. *Mr. Seymour M. Klein* filed a brief on behalf of Arnold Constable & Co. et al., as *amici curiae*, in support of the petition.

No. 609. COMET CARRIERS, INC. *v.* WALLING, ADMINISTRATOR. January 2, 1946. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted limited to the third question raised in the Government's brief. *Mr. Ralph D. Elmer* for petitioner. *Solicitor General McGrath* and *Miss Bessie Margolin* for respondent.

No. 489. ZAP *v.* UNITED STATES. See *post*, p. 802.

No. 349. THIEL *v.* SOUTHERN PACIFIC Co. January 14, 1946. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted limited to the question whether petitioner's motion to strike the jury panel was properly denied. *Mr. Allen Spivock* for petitioner. *Mr. Arthur B. Dunne* for respondent.

No. 141. JOHNSON ET AL. *v.* MEAGHER COUNTY ET AL. See *ante*, p. 679.

No. 225. BEMIS *v.* HUMBLE OIL & REFINING Co. ET AL. See *ante*, p. 681.